
RECEIVED
IN MONROE, LA
JUN 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALEX BROWN, III | CIVIL ACTION NO. 06-0279 |
| VS. | SECTION P |
| RICHLAND DETENTION CENTER, ET AL. | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 15 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE